**STATE of Missouri, Respondent,**

v.

**Anthony W. LIGHTWINE, Appellant.**

**No. WD 41133.**

Missouri Court of Appeals, Western District.

Aug. 13, 1991.

Cenobio Lozano, Jr., Harrisonville, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., LOWENSTEIN, C.J., and BERREY, J.

ORDER

PER CURIAM:

Defendant appeals from a conviction for the sale of a controlled substance.

Judgment affirmed. Rule 30.25(b).

**MISSOURI FARMERS ASSOCIATION, INC., Plaintiff–Respondent,**

v.

**Clark MERSHON, Karen Mershon, Gary Mershon and Paul Mershon, Defendants–Appellants.**

**No. WD 43669.**

Missouri Court of Appeals, Western District.

Aug. 13, 1991.

Karen K. Howard, Kansas City, for defendants-appellants.

Cullen Cline, Elizabeth E. Parrigin, J. Brian Griffith, Columbia, for plaintiff-respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from judgment entered on a jury verdict in favor of Missouri Farmers Association, Inc. in an action on a promissory note and from a judgment entered on a jury verdict in favor of the Association on a counterclaim filed by the Mershons.

Judgment affirmed. Rule 84.16(b).